

# Fourth Court of Appeals
## San Antonio, Texas

March 17, 2020

No. 04-19-00544-CV

**IN THE INTEREST OF A.V.T., A CHILD,**

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 141130350MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

The Appellee's Second Unopposed Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to April 16, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court